

3:24-pf-01

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David C. Lettieri
Niagara County Jail
5526 Niagara Street Ext
Lockport, NY 14094

9590 9402 8630 3244 8486 80

2. Article Number (Transfer from service label)

7014 1200 0001 3023 0381

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature] 1047
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
4/19/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

APR 2 2 2024
RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt